■ In the Matter of JUSTIN P., Appellant. NEW YORK STATE DIVISION FOR YOUTH, Respondent. [672 NYS2d 830] —Order unanimously affirmed without costs. Memorandum: Family Court properly exercised its discretion in granting the petition to extend respondent's placement and in extending that placement for a period of 12 months (*see*, Family Ct Act § 355.3 [4]). "[P]etitioner proved by a preponderance of the evidence that the extension of placement would both protect society and be

in the best interests of respondent" (*Matter of Marcus C.,* 212 AD2d 1054, 1054-1055; *see, Matter of Percy H.,* 159 AD2d 623). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Placement.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.